UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
In Re: Deborah Jane Morrow    )
                              )
            Appellant         )     1:09-cv-01321 OWW
                              )
                              )
                              )
                              )
                              )     ORDER TO SHOW CAUSE
```

    Appellant Deborah Jane Morrow is hereby ordered to appear before this Court on Monday, May 10, 2010 at 10:00 a.m. to show cause, why this case should not be closed for failure to complete the Bankruptcy Appeal requirements.

In lieu of an appearance a reply can be filed in this court by April 30, 2010 by the close of business.

Date:__April 5, 2010___

                                /s/ OLIVER W. WANGER_____
                                   Oliver W. Wanger
                              United States District Judge

1