# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBORAH JANE MORROW,<br><br>　　　　　Debtor/Appellant. | District Court Case Number<br>1:09-cv-1321 OWW<br><br>Bankruptcy Court Case<br>Number 08-13656-A-7<br><br>ORDER RE ORDER TO SHOW<br>CAUSE |

　　　The Order to Show Cause in this matter came on for hearing May 10, 2010.  Appellant appeared telephonically.

　　　The Court found the Appellant's explanation sufficient to avoid dismissal of the case on the Order to Show Cause, however, the Court has now reviewed the Notice to Bankruptcy Court filed August 14, 2009.

　　　Appellant has not paid a filing fee in this case; she has not filed a Statement of Issues; she has not ordered reporter's transcripts; she has not filed a designation of the record; and she has not given notice that a transcript of proceedings in the Bankruptcy Court has been filed.

　　　In view of these further defaults, Appellant is given thirty (30) days to cure these defaults and correct her failure to prosecute her case.  The Court rescinds its direction to

1

1  Appellant to file a brief, based on her failure to in any way
2  perfect and obtain the Certificate of Record as required by law.
3       Appellant is given thirty (30) days, through and including
4  June 8, 2010, to comply with the requirements of law applicable
5  to her appeal.

7  IT IS SO ORDERED.
8  **Dated:   May 11, 2010**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE