1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**

7          **EASTERN DISTRICT OF CALIFORNIA**

8

9   IN RE DEBORAH JANE MORROW,        )        District Court Case Number
                                      )        1:09-cv-1321 OWW
10        Debtor/Appellant.           )
                                      )        Bankruptcy Court Case
11                                    )        Number 08-13656-A-7
                                      )
12   _____)        ORDER ON ORDER TO SHOW
                                               CAUSE
13

14

15        The Order on Order to Show Cause issued May 11, 2010

16   afforded Debtor/Appellant, Deborah Jane Morrow, thirty days

17   following May 12, 2010, to pay a filing fee, designate the

18   record, and give notice that a transcript of proceedings in the

19   Bankruptcy Court has been filed.

20        Appellant has done none of these things.  Her defaults in

21   prosecuting this action continue in all respects.

22        Based upon the failure of Deborah Jane Morrow to comply with

23   the Court order issued May 12, 2010, this appeal is ordered

24   **DISMISSED WITHOUT PREJUDICE.**

25   IT IS SO ORDERED.

26   **Dated:   August 13, 2010**              **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE
27

28

1