UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBORAH JANE MORROW, )<br>                             )<br>      Debtor/Appellant. )<br>                             )<br>                             )<br>                             ) | District Court Case Number<br>1:09-cv-1321 OWW<br><br>Bankruptcy Court Case<br>Number 08-13656-A-7<br><br>ORDER DISMISSING CASE |

    Based on the order for dismissal of this appeal issued August 13, 2010, this appeal is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   August 13, 2010**                      **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE